IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK JON BERTHELOT, | ) | |
| Plaintiff; | ) ) ) | |
| vs. | ) | 7:13-cv-1020-LSC-HGD |
| OFFICER THOMAS, et al., | ) ) ) | |
| Defendants. | ) ) | |

MEMORANDUM OF OPINION

Plaintiff Patrick Jon Berthelot initiated this action *pro se* pursuant to 42 U.S.C. § 1983 alleging that rights, privileges, or immunities afforded him under the Constitution or laws of the United States were abridged during his incarceration at Tuscaloosa County Jail in Tuscaloosa, Alabama. The Magistrate Judge filed a report and recommendation on December 23, 2014, recommending that this Court grant the defendants' motion for summary judgment and dismiss this action with prejudice. (Doc.14.) No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the Magistrate Judge's report is due to be and is hereby ADOPTED and the Magistrate

Judge's recommendation is ACCEPTED.  A corresponding order will be entered contemporaneously herewith.

Done this 12th day of January 2015.

L. Scott Coogler
United States District Judge
[160704]